# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| CHARLES ELLIS, Individually And On Behalf Of All Others, | |
| Plaintiff, | Removed from: The Circuit Court of Clinton County, Missouri, Case No. 22CN-CC00048 |
| vs. | Case No. 5:22-cv-6112 |
| SMITHFIELD FOODS, INC., | |
| Defendant. | |

## NOTICE OF REMOVAL

TO: The Judges of the United States District Court
For the Western District of Missouri

Defendant Smithfield Foods, Inc. ("Defendant"), by and through its attorneys of record, files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and in support of removal states as follows:

**I.  Facts**

1. Smithfield Foods, Inc. has been named as defendant in Case No. 22CN-CC00048, filed on August 24, 2022 in the Circuit Court of Clinton County, Missouri at Plattsburg, styled *Charles C. Ellis v. Smithfield Foods, Inc.* (the "State Court Action"). Plaintiff's lawsuit contains two claims for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., as well as two Breach of Contract claims against Defendant as a putative class action on behalf of Plaintiff and certain other employees and prospective employees of Defendant.

2. Defendant was served with Plaintiff's Petition ("Petition") on September 16, 2022.

3. This Notice of Removal is being filed within thirty days after service on Defendant

of the Petition and is therefore timely. The Defendant has not filed an Answer or other pleading in the State Court Action.

4. The Civil Cover Sheet associated with this Notice of Removal is attached hereto as **Exhibit A.** Pursuant to 28 U.S.C. § 1446, copies of all documents filed in the State Court Action, including the Petition, are attached as **Exhibit B.**

## II. This Court has Federal Question Jurisdiction

5. This Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Plaintiff has asserted a claim arising under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, et seq., a federal law.

6. Accordingly, this action is one where the Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court pursuant 28 U.S.C. § 1441.

## III. Venue is appropriate in this Court

7. The Circuit Court of Clinton County, Missouri at Plattsburg, in which this case was originally filed, is located within the Western District of Missouri, and, therefore, venue is proper pursuant to 28 U.S.C. § 105 because it is "the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Removal to the St. Joseph Division of this Court is proper pursuant to Local Rule 3.2.

8. Written notice of the filing of this Notice of Removal will be served upon counsel for Plaintiff and filed with the Clerk of the Circuit Court of Clinton County, Missouri as required by law.

9. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, including but not limited to improper service of process, improper venue, lack of personal jurisdiction, or Plaintiff's failure to state any claims upon which relief may

2

be granted. By this notice of Removal, Defendant is not waiving any defenses, jurisdictional or otherwise, that it may possess. Defendant also does not concede that Plaintiff has stated a claim against it.[1]

WHEREFORE, Defendant prays that further proceedings in the Circuit Court of Clinton County, Missouri, be discontinued and that said Case Number: 22CN-CC00048 now pending in the Circuit Court of Clinton County, Missouri, be removed to the United States District Court for Western Missouri, St. Joseph Division, and that such Court assume full jurisdiction of such action as provided by law.

Dated: October 17, 2022

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kyle B. Russell*
Kyle B. Russell, MO Bar #52660
Ariel L. Gutovitz, MO Bar #74425
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com
Ariel.Gutovitz@jacksonlewis.com

ATTORNEYS FOR DEFENDANT

---

[1] In addition, Smithfield Foods, Inc. asserts that it is not the proper Defendant in this action because Plaintiff applied for employment and would have been employed by a subsidiary entity.

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 17th day of October 2022, a true copy of the foregoing Notice of Removal was filed electronically with the Clerk of the Court using the CM/ECF electronic filing system, with a copy sent via electronic mail, to the following counsel of record for Plaintiff:

Charles Jason Brown
Jayson A. Watkins
BROWN & WATKINS LLC
301 S. US 169 Hwy
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEYS FOR PLAINTIFF

                */s/ Kyle B. Russell*
                AN ATTORNEY FOR DEFENDANT