IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| CHARLES ELLIS, Individually And On Behalf Of All Others, <br><br> Plaintiff, <br><br> vs. <br><br> SMITHFIELD FOODS, INC., <br><br> Defendant. | Case No. 5:22-cv-06112-HFS |

**ORDER**

Plaintiff has filed a notice of voluntary dismissal with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Accordingly, the above captioned case is DISMISSED with prejudice, each party bearing their own costs and attorneys' fees.

      /s/ Howard F. Sachs
HOWARD F. SACHS
UNITTED STATES DISTRICT JUDGE

Dated: January 6, 2023
Kansas City, Missouri